KURT C. FAUX
Nevada Bar No. 003407
COLIN R. CHIPMAN
Nevada Bar No. 10544
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada  89014
Telephone:  (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
           cchipman@fauxlaw.com

*Attorneys for Merchants Bonding Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>B WITT CONCRETE CUTTING, INC., a Nevada corporation; WILLIAM J. WITT, and individual; and MERCHANTS BONDING COMPANY,<br><br>Defendants. | Case No.: 2:08-cv-00667-ECR-RJJ (Base Case) and<br><br>Case No.: 2:09-cv-02051-ECR-LRL (Member Case)<br><br>**STIPULATION AND ORDER:**<br><br>**1) TO STAY ENFORCEMENT OF AMENDED JUDGMENT AGIANST MERCHANTS BONDING COMPANY;**<br><br>**2) TO WITHDRAW MOTION TO SET ASIDE AMENDED JUDGMENT;**<br><br>**3) TO VACATE HEARING ON MOTION TO SET ASIDE AMENDED JUDGMENT; AND**<br><br>**4) TO SET ASIDE WRIT OF EXECUTION AGAINST MERHCANTS BONDING COMPANY** |

The Plaintiffs Trustees of the Construction Industry and Laborers Health and Welfare Trust, Trustees of the Construction Industry and Laborers Joint Pension Trust, Trustees of the Construction Industry and Laborers Vacation Trust and Trustees of the Southern Nevada Laborers Local 872

-1-

-2-

Training Trust (collectively "Trust Funds"), by and through their undersigned counsel, and the Defendant Merchants Bonding Company, by and through its undersigned counsel, hereby stipulate and agree as follows:

1. That the Trust Funds' enforcement of the Amended Judgment (#51) against Merchants is stayed pending completion of the settlement terms reached between the Trust Funds and Merchants;

2. That Merchants' Motion to Set Aside the Amended Judgment (#60) is withdrawn;

3. That the hearing currently set for September 21, 2011 at 9:00 a.m. on Merchants' Motion to Set Aside the Amended Judgment is to be vacated;

4. That the Writ of Execution (#55) issued by the Clerk of the Court is to be set aside; and

5. That once the settlement terms between the Trustees and Merchants have been completed, the Trustees and Merchants will submit another Stipulation and Order to the Court to set aside the Amended Judgment (#51) as to Merchants only.

DATED: September 16, 2011         THE FAUX LAW GROUP

/s/ Colin R. Chipman
Kurt C. Faux
Colin R. Chipman
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Off: (702) 458-5790
Fax: (702) 458-5794

DATED: September 16, 2011         BROWNSTIEN, HYATT, FARBER SCHRECK

/s/ Aaron Bart Fricke
Adam P. Segal
Aaron Bart Fricke
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106

**ORDER**

Pursuant to the Stipulation above,

IT IS HEREBY ORDERED as follows:

1. That the Trust Funds' enforcement of the Amended Judgment (#51) against Merchants is stayed pending completion of the settlement terms reached between the Trust Funds and Merchants;

2. That Merchants' Motion to Set Aside the Amended Judgment (#60) is withdrawn;

3. That the hearing currently set for September 21, 2011 at 9:00 a.m. on Merchants' Motion to Set Aside the Amended Judgment is vacated; and,

4. That the Writ of Execution (#55) issued by the Clerk of the Court is set aside

DATED: 9/19/11

_____
UNITED STATES DISTRICT COURT JUDGE

T:\Construction\Cases\Merchants Bonding\B Witt Concrete 5601-13\Pldgs-08cv000667 & 09cv02051\SAO.Settlement.doc