Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Phone:      (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>B WITT CONCRETE CUTTING, INC., a Nevada corporation; WILLIAM J. WITT, an individual; and MERCHANTS BONDING COMPANY,<br><br>Defendants. | Case No. 2:08-cv-00667-KJD-RJJ (Base Case) and<br><br>Case No. 2:09-cv-02051-KJD-RJJ (Member Case)<br><br>AMENDED<br>**ORDER ON MOTION FOR JUDGMENT DEBTOR EXAM OF B WITT CONCRETE CUTTING, INC., AND WILLIAM J. WITT** |

The Court having reviewed the Plaintiffs' Motion for Examination of Judgment Debtors, B Witt Concrete Cutting, Inc., a Nevada corporation ("B Witt"), and William J. Witt, an individual ("W Witt"), and good cause appearing:

20052\254\1602234.2                                          1

IT IS HEREBY ORDERED that W Witt and the person most knowledgeable regarding B Witt's property and assets, shall appear at the office of Brownstein Hyatt Farber Schreck, LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on December 8, 2011, at 10:00 a.m. for a judgment debtor examination.

IT IS FURTHER ORDERED, that B Witt and W Witt shall produce to the Plaintiffs one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of B Witt's and W Witt's stock, including the name and address of such owners;

2. Any and all documents regarding real property currently owned by B Witt and W Witt, including but not limited to the location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by B Witt and W Witt, including, but not limited to, construction equipment, office equipment, trucks, vehicles, and accounts receivable;

4. The last twelve (12) statements for each and every of B Witt's and W Witt's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

5. Any and all documents regarding real property disposed of by B Witt and W Witt in the last five years;

6. Copies of all existing contracts under which B Witt and W Witt are (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

//
//
//
//
//

7. All records showing the number of hours worked by B Witt's and W Witt's laborer employees and on what projects all such work was performed.

DATED this ~~xxxxx day of November 20xx~~ 1st day of Dec. 2011.

_Robert J. Johnston_
~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Aaron Fricke
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

20052\254\1602234.2

3